# ATTACHMENT A

**Relevant Provisions of the Swiss Criminal Code**

**Article 146 – Fraud**

1. Any person who with a view to securing an unlawful gain for himself or another wilfully induces an erroneous belief in another person by false pretences or concealment of the truth, or wilfully reinforces an erroneous belief, and thus causes that person to act to the prejudice of his or another's financial interests, is liable to a custodial sentence not exceeding five years or to a monetary penalty.
2. If the offender acts for commercial gain, he is liable to a custodial sentence not exceeding ten years or to a monetary penalty of not less than 90 daily penalty units.
3. Fraud to the detriment of a relative or family member is prosecuted only on complaint.